UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

JAYNARD QUONTELL OWENS                                                      PLAINTIFF

v.                                              CIVIL ACTION NO. 4:12-CV-P106-M

DAVIESS COUNTY DETENTION CENTER et al.                  DEFENDANTS

**MEMORANDUM OPINION**

       By Order entered March 7, 2013, this Court ordered Plaintiff to either pay the balance of his filing fee or submit a completed non-prisoner application to proceed without prepayment of fees. Plaintiff was warned that failure to comply would result in dismissal of his case.

       More than 30 days have passed, and Plaintiff has failed to comply with the Court's Order. Courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). Therefore, by separate Order, the Court will dismiss the instant action. *See* FED. R. CIV. P. 41(b) (governing involuntary dismissal).

Date:

cc:     Plaintiff, *pro se*
        Counsel of record
4414.009